NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLANTECH, INC., MODERN FONT APPLICATIONS LLC,**
*Appellants*

**v.**

**COSTAR REALTY INFORMATION, INC., DUOLINGO, INC.,**
*Appellees*

---

2024-1360, 2024-1361

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00799, IPR2022-00800.

---

## JUDGMENT

---

ANDREW TIMOTHY OLIVER, Amin Turocy & Watson, LLP, San Jose, CA, argued for all appellants.

INGE A. OSMAN, Latham & Watkins LLP, Washington, DC, argued for appellees. Also represented by GABRIEL K. BELL, ASHLEY M. FRY.

JAMES C. WATSON, TraskBritt, PC, Salt Lake City, UT, for appellant Clantech, Inc.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 11, 2025
Date

Jarrett B. Perlow
Clerk of Court